PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   JARRETT HOBBS                              Docket Number: 1:12CR325-3 (MD/PA)
                                                                              1:22CR8-1 (MD/NC)

Name of Sentencing Judicial Officer:   The Honorable William W. Caldwell

Date of Original Sentence:   March 24, 2014

Original Offense:   Conspiracy to Commit Bank and Wire Fraud in violation of 18 U.S.C. §§ 1349, 1344, and 1343.

Original Sentence:   132 months imprisonment followed by five (5) years supervised release.

January 24, 2022: Jurisdiction was transferred from the Middle District of Pennsylvania by the Honorable Robert D. Mariani to the Middle District of North Carolina accepted by the Honorable Thomas D. Schroeder.

May 27, 2022: Order on Request to Modify Conditions of Release was filed.

Type of Supervision: Supervised Release            Date Supervision Commenced: June 23, 2021
                                                    Date Supervision Expires: June 22, 2026

Assistant U.S. Attorney: Michael A. Consiglio           Defense Attorney: L. Rex Bickley

## PETITIONING THE COURT

[X]   To issue a warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.
[ ]   To issue a summons

The probation officer believes that Mr. Hobbs has violated the following condition(s) of supervision:

**Violation 1 – The defendant shall not commit another federal, state or local crime.**

On September 3, 2022, Mr. Hobbs was arrested by the Camden County Sheriff's Office (CCSO) in Camden County, GA, for Misdemeanor (M) Speeding (Warrant 22-2462MW), (M) Driving While License Suspended or Revoked (Warrant 22-2463MW), and Felony (F) Possession of a Schedule I Controlled Substance (Warrant 22-2461FW). The offense date was September 3, 2022. He remains in custody under a $11,762.50 cash or property bond.  The matter remains pending in the Camden County, GA, Court.

According to the CCSO report, the State of Georgia Arrest Warrants, and information provided verbally by Sergeant (Sgt.) Brandon Todd, he conducted a vehicle stop on Southbound Interstate 95 a few miles from the Florida state line on a 2022 Dodge Challenger for speeding, 93 miles per hour (mph) in a 70 mph zone. Mr. Hobbs was driving the vehicle and had two female passengers.  During Sgt. Todd's investigation, he could smell the odor of marijuana coming from the vehicle.  Mr. Hobbs stated he did not have a license and produced a North Carolina Identification.

The vehicle was subsequently searched, and small amounts of marijuana and two open containers of Patron tequila were observed in the vehicle.  Around the center console area, Sgt. Todd located a Newport cigarette packet containing a one dollar bill.  Within the folded currency, a yellow powdery substance was located, and later field tested and determined to be Methylenedioxymethamphetamine (MDMA).  Mr. Hobbs

indicated that the cigarette packet belonged to him and the substance was "Ecstasy". Mr. Hobbs was arrested for the aforementioned offenses and the two passengers were released from the scene. While in the sally port of the jail, Mr. Hobbs reportedly became "verbally and passively resistant". He was ordered multiple times to get off his cell phone and did not comply.

**Violation 2 – The defendant shall not commit another federal, state or local crime.**

On September 6, 2022, Mr. Hobbs was arrested by the CCSO for (M) Battery (Warrant 22-2501MW), (M) Simple Battery On Peace Officer (Warrant 22-2502MW), (M) Simple Assault (Warrant 22-2503MW), (F) Aggravated Battery (Warrant 22-2504FW), (F) Obstruction of Officer (Warrant 22-2505FW), (F) Obstruction of Officer (Warrant 22-2506FW), (M) Obstruction of an Officer (Warrant 22-2507MW), (M) Obstruction of an Officer (Warrant 22-2508MW), and (M) Obstruction of an Officer (Warrant 22-2509MW). The offense date was September 3, 2022. He remains in custody on a $45,500.00 cash or property bond. The matter remains pending in the Camden County, GA, Court.

According to the State of Georgia Arrest Warrants and Affidavits, on September 3, 2022, and while Mr. Hobbs was in custody at the Camden County Safety Complex (CCSC), located in Woodbine, GA, for the charges documented in Violation 1, CCSC personnel heard loud banging from "holding". It was determined Mr. Hobbs was kicking the cell door to H-5 with extreme force. Mr. Hobbs had been warned not to strike the door and had been placed in a restraint chair earlier the same day for the same actions. Mr. Hobbs was ordered to turn around and place his hands behind his back. He did not comply and said, "I ain't doing shit". CCSC personnel entered the cell for extraction while continuing to give him orders. Mr. Hobbs reportedly tensed up and pulled away from the officers. A correctional officer then struck Mr. Hobbs in the head and Mr. Hobbs punched a deputy in the face and another deputy in the side of the head. Mr. Hobbs continued to resist and efforts to gain control of his hands were initially ineffective. CCSC personnel then removed Mr. Hobbs from the cell and into the hallway. Mr. Hobbs was able to get behind a deputy and picked him up off the ground. Officers eventually gained control of Mr. Hobbs. Once in handcuffs, he was placed in a restraint chair for the purposes of safety. As a result of the incident, one deputy sustained a bruised eye and a broken hand. The incident was reportedly recorded on the CCSC surveillance system.

**Violation 3 – The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

Between January 25, 2022 and July 27, 2022, Mr. Hobbs tested positive for marijuana on three occasions. The test dates were January 25, 2022, March 17, 2022, and July 27, 2022. On December 8, 2021, Mr. Hobbs admitted the illegal use of marijuana, but no test was taken. He provided signed admissions for all four occurrences.

**Violation 4 – The defendant shall not leave the judicial district without the permission of the court of probation officer.**

Mr. Hobbs traveled outside the judicial district to Georgia, without the permission of the Court or probation officer on September 3, 2022. This violation is related to Violations 1 and 2.

RE: Jarrett Hobbs                                                                                                               3

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
        [X]     revoked.
        [ ]     extended for   years, for a total term of   years.

[ ]     The conditions of supervision should be modified as follows:

                    I declare under penalty of perjury that the forgoing is true and correct.

                                    Executed on     September 12, 2022

                                                    *Francis J. Carney, Jr.*
                                                    F. J. Carney
                                                    U.S. Probation Officer Specialist

Approved by:

*Michael R. Casey*                                              September 12, 2022

Michael R. Casey                                                Date
Supervisory U.S. Probation Officer