IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:22CR8-1 |
| | ) | |
| JARRETT HOBBS | ) | |

**ORDER ON PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

This matter is before the Court upon request of the United States Probation Officer. Doc. 6. The Court has reviewed the petition and finds the following:

( ) No Action.

(x) The Issuance of a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest on the defendant. The Clerk shall provide a copy of the Petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Office.

( ) The Issuance of a Summons. Upon issuance of a summons, the Petition shall be unsealed.

( ) Other:

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date: September 13, 2022