IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:22CR8-1 |
| | : | |
| JARRETT HOBBS | : | |

NOTICE TO PROCEED ON VIOLATIONS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and hereby provides notice, pursuant to Standing Order 11, that the Government will <u>not</u> be proceeding on Violation 2 on the 12C Petition, (DE #6). The Government will proceed on Violations 1, 3, and 4, (DE #6). For Violation 1, the Government will call one witness who will be traveling from Georgia to

North Carolina to testify at the hearing, which is now set for November 7, 2022, at 10:00 a.m. (DE #18).

This the 21st day of October, 2022.

                                        Respectfully submitted,

                                        SANDRA J. HAIRSTON
                                        United States Attorney

                                        /S/ CRAIG M. PRINCIPE
                                        Assistant United States Attorney
                                        NCSB #44720
                                        United States Attorney's Office
                                        Middle District of North Carolina
                                        101 S. Edgeworth Street, 4th Floor
                                        Greensboro, NC 27101

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Brian Aus, Esq.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ CRAIG M. PRINCIPE
Assistant United States Attorney
NCSB #44720
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27101